IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WAKITA DORIETY as the Administrator for the Estate of Nasanto Antonio Crenshaw, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:23-CV-211 |
| MATTHEW LEWIS SLETTEN and THE CITY OF GREENSBORO, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Orders filed contemporaneously with this Judgment, it is hereby **ORDERED AND ADJUDGED** that the defendants' motions to dismiss, Docs. 11, 13, are **GRANTED** and this case is **DISMISSED** with prejudice.

This the 28th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE