FILED: July 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1867
(1:23-cv-00211-CCE-JEP)

_____

WAKITA DORIETY, as the Administrator for the Estate of Nasanto Antonio Crenshaw

      Plaintiff - Appellant

v.

MATTHEW LEWIS SLETTEN, in his individual capacity pursuant to document 6, First Amended Complaint; CITY OF GREENSBORO, NORTH CAROLINA

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK